

FILED
CLERK, U.S. DISTRICT COURT

FEB - 4 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

5:26 mj-00055 Duty

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Rocco Moore

    Defendant.

ORDER OF DETENTION AFTER
HEARING ( Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of Probation
Supervised Release)
Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

//

The court concludes:

A.   ( ✓ )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

• SUBMISSION TO DETENTION

• EXTENSIVE CRIMINAL HISTORY

(B)   ( ✓ )   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

• SUBMISSION TO DETENTION

• EXTENSIVE CRIMINAL HISTORY

• ALLEGED HISTORY OF SUBSTANCE ABUSE

IT IS ORDERED that defendant be detained.

DATED: 2/4/26

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2